■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH POOLER, Appellant. [871 NYS2d 707]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Donnino, J.), rendered May 17, 2007, convicting him of attempted criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The decision to permit a defendant to withdraw a previously-entered plea of guilty rests within the sound discretion of the court (*see People v Seeber*, 4 NY3d 780 [2005]; *People v Mann*, 32 AD3d 865 [2006]; *People v Kucharczyk*, 15 AD3d 595 [2005]), and this determination generally will not be disturbed absent an improvident exercise of discretion (*see People v DeLeon*, 40 AD3d 1008 [2007]). Here, the defendant knowingly, voluntarily, and intelligently entered his negotiated plea of guilty with the assistance of competent counsel, in exchange for a favorable sentence promise (*see People v Mann*, 32 AD3d 865 [2006]). Moreover, contrary to the defendant's arguments, his attorney was not obligated to "participate in a baseless *pro se* motion to withdraw a plea of guilty which was voluntarily, knowingly, and intelligently made" (*People v Caple*, 279 AD2d 635, 635 [2001]). Nor is there any merit to the defendant's contention that he was denied the effective assistance of counsel (*see People v Brooks*, 36 AD3d 929, 930 [2007]; *People v Grimes*, 35 AD3d 882, 883 [2006]). Skelos, J.P., Dillon, Carni and Leventhal, JJ., concur.